# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157951(67)(68)

JAWAD A. SHAH, M.D., PC, INTEGRATED
HOSPITAL SPECIALISTS, PC, INSIGHT
ANESTHESIA, PLLC, and STERLING
ANESTHESIA, PLLC,
   Plaintiffs-Appellees,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
   Defendant-Appellant.

_____/

SC: 157951
COA: 340370
Genesee CC: 17-108637-NF

   On order of the Chief Justice, the separate motions of the Michigan Brain Injury
Provider Council and the Michigan Defense Trial Counsel to participate as amici curiae
and to extend the time for filing amicus briefs are GRANTED. The amicus briefs submitted
by those organizations on January 16, 2019, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019



Clerk